

**Entered on Docket
February 02, 2010**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**
_____

Kristin A. Schuler-Hintz, Esq., Nevada SBN 7171
Seth J. Adams, Esq., Nevada SBN 11034
Christopher K. Lezak, Esq., SBN 11185
**McCarthy & Holthus, LLP**
811 South Sixth Street
Las Vegas, NV 89101
NVBK@McCarthyHolthus.com
Phone (702) 685-0329
Fax (866) 339-5691

Attorney for: Secured Creditor, US Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Loan Trust, 2006- NC1, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 09-33211-MKN |
| | ) |
| Demango P. Mitchell, | ) Chapter 7 |
| Candice Mitchell, | ) |
| | ) DATE: 1/20/10 |
| Debtors. | ) TIME: 1:30 pm |
| | ) |
| | ) **ORDER TERMINATING** |
| | ) **AUTOMATIC STAY** |
| | ) |

      The Motion for Relief From Automatic Stay came on regularly for hearing at the date and time set forth above before the United States Bankruptcy Court. Upon review of the Motion and supporting evidence, and good cause appearing, the Court rules as follows:

*Rev. 12.09*　　　　　　　　　　　　　　　　　　　　　　　　　M&H File No. NV-09-18316
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　09-33211-mkn

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of Movant in the real property commonly known as 4940 Sapphire Light Street, North Las Vegas, NV 89081.

IT IS FURTHER ORDERED that Movant may proceed with post-foreclosure remedies, including any unlawful detainer action, in compliance with applicable law.

IT IS SO ORDERED.

Submitted by:
McCarthy & Holthus, LLP

*/s/ Seth J. Adams*
Seth J. Adams, Esq
811 South Sixth Street
Las Vegas, NV 89101
702-685-0329


Approved/Disapproved

*Emailed 01/21/10 – no response received*
William A. Leonard
6625 South Valley View #224
Las Vegas, NV 89118

ALTERNATIVE METHOD re; RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐ The court has waived the requirement of approval under LR 9021.

☒ This is a Chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ This is a Chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

Counsel appearing:

Unrepresented parties appearing: None

Trustee: William A Leonard - Emailed 01/21/10 – no response received

Submitted by:
McCarthy & Holthus, LLP

/s/ Seth J. Adams.
Seth J. Adams, Esq.

### 

*Rev. 12.09*  M&H File No. NV-09-18316
09-33211-mkn